IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Harford Mutual Insurance Group, Inc., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 1:21CV628 |
| Presidia General Contracting Inc. and HDI Global Specialties SE, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in an Order filed contemporaneously with this Judgement,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Harford's Motion for Voluntary Dismissal Without Prejudice, (ECF No. 16), is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant HDI's Motion to Strike, (ECF No. 25), is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff Harford's Motion to Dismiss and Motion for Judgement on the Pleadings, (ECF No. 28), is **DENIED** as moot.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE** in its entirety.

This, the 30th day of September 2022.

/s/ Loretta C. Biggs
United States District Judge